# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.C. HOLIFIELD, K.J. BRUBAKER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ERIC CARRIZALES**
**AVIATION STRUCTURAL MECHANIC THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400363**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 26 June 2014.
**Military Judge:** CDR John Maksym, JAGC, USN.
**Convening Authority:** Commander, Naval Forces Japan, Yokosuka, Japan.
**Staff Judge Advocate's Recommendation:** CDR T.D. Stone, JAGC, USN.
**For Appellant:** LCDR Dillon Ambrose, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**31 December 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court